DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Allan S. Brilliant
Shmuel Vasser
Jeffrey T. Mispagel

*Proposed Attorneys for the that Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEGEND PARENT, INC., *et al.*, | Case No. 14-10701 (REG) |
| Debtors.[1] | Joint Administration Requested |

**NOTICE OF COMMENCEMENT OF CHAPTER 11
CASE AND HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on March 20, 2014 (the "**Petition Date**"), Legend Parent Inc. and certain of its affiliates, as debtors and debtors in possession and listed on Schedule 1 attached hereto (collectively, the "**Debtors**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

---

[1] The Debtors in these cases along with the last four digits of their federal tax identification number are: Legend Parent, Inc. (8624); MModal Holdings, Inc. (7380); MModal Inc. (6666); Multimodal Technologies, LLC (2076); MModal CB Inc. (5948); Poiesis Informatics, Inc. (0978); MModal MQ Inc. (1298); MModal Systems & Services Inc. (3443); Mirrus Systems Inc. (5862); MedQuist of Delaware, Inc. (3311); MModal IP LLC (0512); MModal Services, Ltd. (0433); MedQuist CM LLC (5362); and All Type Medical Transcription Services, Inc. (0722). The Debtors' corporate headquarters is located at 5000 Meridian Boulevard, Suite 200, Franklin, TN 37067.

19120639

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, on the Petition Date, the Debtors have filed or will file the following first day motions and related pleadings (collectively, the "**First Day Pleadings**"):

i. Joint Administration Motion. Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases

ii. Creditor Matrix Motion. Debtors' Motion for Order Authorizing the Debtors to (I) Prepare a List of Creditors in Lieu of Submitting a Formatted Mailing Matrix, (II) File a Consolidated List of 30 Largest Unsecured Creditors and (III) Mail a Form of Notice to Creditors Notifying Them of Commencement of Chapter 11 Cases

iii. Customer Programs Motion. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Perform and to Honor Certain Prepetition Customer Programs in the Ordinary Course of Business

iv. Taxes Motion. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes

v. Wages and Benefits Motion. Debtors' Motion for Interim and Final Orders Authorizing (I) the Payment Of Prepetition Wages and Salaries, (II) the Payment and Honoring of Prepetition Employee Policies and Benefits, and (III) the Continuation of Workers' Compensation Insurance Programs

vi. Insurance Motion. Debtors' Motion for Interim and Final Orders Authorizing the Debtors to (I) Maintain, Continue, and Renew Their Property, Casualty, Liability and Other Insurance Policies And Agreements, and (II) Honor All Obligations in Respect Thereof

vii. Cash Management Motion. Debtors' Motion for Entry of Interim and Final Orders Approving (I) the Debtors' Continued Use of Their Cash Management System, (II) the Continuation of the Intercompany Transactions, (III) Administrative Expense Status for Postpetition Intercompany Claims, and (IV) the Debtors' Continued Use of Existing Bank Accounts, Checks, and Business Forms

viii. 503(b)(9) Motion. Debtors' Motion for Order (I) Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code, (II) Approving Procedures for Filing Requests for Payment, and (III) Approving the Form, Manner, and Sufficiency of Notice Thereof

    ix.    <u>Case Management Motion</u>.  Debtors' Motion for Authority to Limit Notice and to Establish Case Management Procedures

    x.    <u>Schedules and Statements Motion</u>.  Debtors' Motion for Order Extending the Time to File Schedules and Statements and Reports of Financial Information

    xi.    <u>Cash Collateral Motion</u>.  Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, and 363, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b)

    xii.    <u>Claims Agent Retention Application</u>.  Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent

**PLEASE TAKE FURTHER NOTICE** that in support of the First Day Pleadings, the Debtors have also filed with the Bankruptcy Court the Declaration of David Woodworth in Accordance With Local Rule 1007-2 in Support of First Day Motions.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider these motions (the "**First Day Hearing**") has been scheduled by the Court for **March 20, 2014 at 2:30 pm (prevailing Eastern time)**, with such hearing to be held before the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523 at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 in accordance with the Court's schedule.  The Debtors have requested that the Court consider the relief granted in the First Day Pleadings, in certain cases, on an interim basis pending a final hearing to be scheduled at a later date.  The Debtors will file an agenda in advance of the First Day Hearing once all of the First Day Pleadings have been filed.

**PLEASE TAKE FURTHER NOTICE** that the Debtors also will file certain motions and applications as to which relief will be requested at a later hearing or hearings, the

3

date and time for which will be scheduled by the Court during the First Day Hearing (collectively, the "**Later Hearing Pleadings**").

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and Later Hearing Pleadings may be obtained free of charge by visiting the website of Prime Clerk LLC at http://cases.primeclerk.com/mmodal.  You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth herein.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should read the First Day Pleadings and the Later Hearing Pleadings carefully and discuss them with your attorney, if you have one in connection with these chapter 11 cases.  (If you do not have an attorney, you may wish to consult with one).**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Pleadings, or if you want the Court to consider your views on the First Day Pleadings, then you or your attorney must attend the First Day Hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Pleadings and may enter orders granting the relief requested in the First Day Pleadings.

Dated: New York, New York
March 20, 2014

DECHERT LLP

*/s/     Shmuel Vasser*
Allan S. Brilliant
Shmuel Vasser
Jeffrey T. Mispagel
1095 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
Email:  allan.brilliant@dechert.com
shmuel.vasser@dechert.com
jeffrey.mispagel@dechert.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

## **Schedule 1**

## **List of Debtors**

- Legend Parent, Inc. – Case No. 14-10701 (REG)

- MModal Holdings, Inc. – Case No. 14-10700 (REG)

- MModal Inc. – Case No. 14-10703 (REG)

- Multimodal Technologies, LLC – Case No. 14-10704 (REG)

- Poiesis Informatics, Inc. – Case No. 14-10705 (REG)

- MModal CB Inc. – Case No. 14-10706 (REG)

- Mirrus Systems, Inc. – Case No. 14-10707 (REG)

- MModal Systems & Services Inc. – Case No. 14-10708 (REG)

- MModal MQ Inc. – Case No. 14-10709 (REG)

- MedQuist of Delaware, Inc. – Case No. 14-10710 (REG)

- MModal Services, Ltd. – Case No. 14-10711 (REG)

- All Type Medical Transcription Services, Inc. – Case No. 14-10712 (REG)

- MModal IP LLC – Case No. 14-10713 (REG)

- MedQuist CM LLC – Case No. 14-10714 (REG)

19120639