WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:    Andrea B. Schwartz, Esq.
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                    :        Case No. 14-10701 (REG)
                                         :
LEGEND PARENT, INC., *et al.*,           :        Chapter 11
                                         :
                        Debtor.          :
-------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to

Sections 1102(a) and (b) of title 11, United States Code, hereby appoints the

following unsecured creditors that are willing to serve to the Official Committee of

Unsecured Creditors of Legend Parent, Inc. and affiliated debtors in possession:

1.    US Bank National Association, as Trustee
      Global Corporate Trust Services
      60 Livingston Avenue
      St. Paul, Minnesota 55107
      Attention: Julie J. Becker, Vice President
      Telephone: (651) 466-5869
      Email: Julie.Becker@usbank.com

2.    Advanced Media, Inc.
      6F Sunshine City Bunka Kaikan
      3-1-4 Higashi-Ikebukuro
      Toshima-ku, Tokyo, Japan 170-8630
      Attention:  Masaki Honda, Executive Officer
      Telephone: +81-3-5958-1031
      Email: m-honda@advanced-media.co.jp

3.    Astor Crowne Plaza Hotel
      c/o LNR Property LLC
      1140 Avenue of the Americas, 5th Floor
      New York, NY 10036
      Attention: Jerry Hirschkorn, Assistant General Counsel
      Telephone: (305) 695-5904
      Email: jhirschkorn@lnrproperty.com

Dated:    New York, New York
          March 27, 2014

                              Sincerely,

                              WILLIAM K. HARRINGTON
                              UNITED STATES TRUSTEE

                              By /s/ Andrea B. Schwartz
                                    Andrea B. Schwartz
                                    Trial Attorney
                                    U.S. Department of Justice
                                    Office of the United States Trustee
                                    U.S. Federal Office Building
                                    201 Varick Street, Room 1006
                                    New York, NY 10014
                                    Tel. (212) 510-0531
                                    Fax (212) 668-2255

2