STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Frank A. Merola
Matthew G. Garofalo
180 Maiden Lane
New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Proposed Counsel for the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LEGEND PARENT, INC., *et al.*,                               :    Case No. 14-10701 (REG)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the Official Committee Of Unsecured Creditors hereby appears in the above-captioned case pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following:

>   Kristopher M. Hansen
>   Frank A. Merola
>   Matthew G. Garofalo
>   STROOCK & STROOCK & LAVAN LLP
>   180 Maiden Lane
>   New York, New York 10038
>   Telephone: (212) 806-5400
>   Facsimile:  (212) 806-6006
>   Email:    khansen@stroock.com
>             fmerola@stroock.com
>             mgarofalo@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, and defenses, are expressly reserved.

Dated: March 28, 2014
      New York, New York

                        STROOCK & STROOCK & LAVAN LLP

                        /s/ Kristopher M. Hansen
                        Kristopher M. Hansen
                        Frank A. Merola
                        Matthew G. Garofalo
                        Stroock & Stroock & Lavan LLP
                        180 Maiden Lane
                        New York, New York  10038
                        Telephone: (212) 806-5400
                        Facsimile: (212) 806-6006

                        *Proposed Counsel for the Official*
                        *Committee of Unsecured Creditors*