Hearing Date and Time: June 3, 2014, at 10:00 a.m. (Eastern Time)
Objection Deadline: May 28, 2014, at 4:00 p.m. (Eastern Time)

DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
Allan S. Brilliant
Shmuel Vasser
Jeffrey T. Mispagel

*Proposed Attorneys for the Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEGEND PARENT, INC., *et al.*, | Case No. 14-10701 (RG) |
| Debtors. | Jointly Administered |

**CORRECTED NOTICE OF HEARING TO CONSIDER APPROVAL OF
DISCLOSURE STATEMENT AND DEADLINE FOR FILING OBJECTIONS**

**PLEASE TAKE NOTICE** that, on April 25, 2014, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Joint Plan of Reorganization of MModal Holdings, Inc. and its Affiliated Debtors and Debtors in Possession Under Chapter 11 of the Bankruptcy Code* (the "**Plan**") [ECF No. 111] and the *Disclosure Statement With Respect to Joint Plan of Reorganization of MModal Holdings, Inc. and its Affiliated Debtors in Possession Under Chapter 11 of the Bankruptcy Code* (the "**Disclosure Statement**") [ECF No. 112].

**PLEASE TAKE FURTHER NOTICE** that, a hearing to approve the Disclosure Statement as containing adequate information pursuant to section 1125(b) of the Bankruptcy

19242052

Code, will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "**Court**"), One Bowling Green, Courtroom No. 601, New York, New York 10004, on **June 3, 2014 at 10:00 a.m., prevailing Eastern Time** (the "**Hearing Date**").

    **PLEASE TAKE FURTHER NOTICE** that, any responses or objections to approval of the Disclosure Statement shall conform to the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), all General Orders and Local Bankruptcy Rules of the Court, and the *Amended Case Management Order* [Docket No. 88] issued by the Court; shall be set forth in writing describing the basis therefore; shall be filed electronically with the Court on the docket of *In re Legend Parent, Inc.*, Case No. 14-10701 (RG), pursuant to the Court's General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Court's case filing system and by all parties in interest on a 3.5 inch disk or flash drive, preferably in portable document format ("**PDF**"), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-399 or otherwise so as to be **actually received no later than 4:00 p.m. (prevailing Eastern Time) on May 28, 2014** by (i) the Chambers of the Honorable Robert E. Grossman, One Bowling Green, New York, New York, 10004; (ii) Dechert LLP, Proposed Attorneys for the Debtors, 1095 Avenue of the Americas, New York, New York, Attn: Allan S. Brilliant, Shmuel Vasser and Jeffrey T. Mispagel; (iii) William K. Harrington, United States Trustee, U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Andrea Schwartz and Richard Morrissey; (iv) counsel to the Official Committee of Unsecured Creditors, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038, Attn: Kristopher M.

Hansen, Frank A. Merola, and Matthew G. Garofalo; (v) counsel to the Administrative Agent under the Credit Facility, Latham & Watkins LLP, 233 South Wacker Drive, Suite 5800, Chicago, IL 60606, Attn: Richard A. Levy; (vi) counsel to the holders of the majority of the Notes under the Indenture, Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, New York 10036-6745, Attn: Michael S. Stamer and James Savin, and (vii) all other parties who have filed a notice of appearance and request for service of documents.

**PLEASE TAKE FURTHER NOTICE** that, only those responses that are timely filed, served, and received will be considered at the hearing.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Plan and Disclosure Statement may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), at http://cases.primeclerk.com/mmodal. You may also obtain copies of any pleadings by visiting the Court's website at http://nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, THE PLAN AND DISCLOSURE STATEMENT MAY BE MODIFIED, SUPPLEMENTED OR UPDATED PRIOR TO THE HEARING DATE WITHOUT NOTICE OTHER THAN THE ELECTRONIC FILING NOTICES GENERATED BY THE COURT'S ELECTRONIC FILING SYSTEM AND POSTED ON PRIME CLERK'S WEBSITE. PARTIES ARE ENCOURAGED TO REGULARLY CHECK PRIME CLERK'S WEBSITE FOR UPDATES REGARDING THE PLAN AND DISCLOSURE STATEMENT.

**PLEASE TAKE FURTHER NOTICE** that, the hearing may be adjourned from time to time without notice except for notice posted on the Court's calendar or announced in open court.

Dated: New York, New York
       May 2, 2014                      DECHERT LLP

                                          */s/ Shmuel Vasser*
                                          Allan S. Brilliant
                                          Shmuel Vasser
                                          Jeffrey T. Mispagel
                                          1095 Avenue of the Americas
                                          New York, New York 10036
                                          Telephone: (212) 698-3500
                                          Facsimile: (212) 698-3599
                                          Email: allan.brilliant@dechert.com
                                                        shmuel.vasser@dechert.com
                                                        jeffrey.mispagel@dechert.com

                                          *Proposed Attorneys for the Debtors and Debtors in Possession*